# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA ARREDONDO, individually and as Successor in Interest to Samuel Arredondo, deceased,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-00163-KK-DTB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>*Action Filed:*　　*01/23/24* |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED:

　　1.　　Plaintiff's First Amended Complaint, including all claims for relief, is dismissed with prejudice against all Defendants.

　　2.　　This Dismissal constitutes a general mutual release and a mutual waiver of all costs, court fees, and attorneys' fees arising out of litigation of the operative

1  complaint, including the First, Second, Third, Fourth, and Fifth Claims for Relief.

2  **IT IS SO ORDERED. (JS-6)**

4  DATED: November 14, 2024

_____
Honorable Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT